## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Joseph Olmeda Baez, a Special Agent with the United States Drug Enforcement Administration, hereinafter referred to as DEA, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent of the United States Drug Enforcement Administration (DEA) and have been so employed since August of 2024. I am currently assigned to the Caribbean Corridor Strike Force (CCSF). As such, I am empowered under Title 21, United States Code, § 878, to enforce Title 21 and other criminal laws of the United States, to make arrests, obtain and execute search, seizure, and arrest warrants. I graduated from the full-time resident Basic Agent Training Academy in Quantico, Virginia. The Basic Agent Training Academy focuses on law courses, search and seizure warrants, enforcement of federal drug laws, identification of controlled substances, surveillance, counter-surveillance, firearm training, and the smuggling of drugs.

2.      As a Special Agent with the DEA, I have participated in drug trafficking investigations, including investigations that have resulted in felony arrests for violations of Title 21, United States Code. I have participated in the surveilling of suspects, the execution of search and arrest warrants, in the debriefing of defendants, witnesses, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from illicit substance trafficking.

3.      Based on my training, experience, and information from more experienced investigators, I am familiar with narcotics traffickers' methods (*modus operandi*) of operation

including the distribution, storage, and transportation of narcotics, and the collection of monetary proceeds of illicit substance trafficking.

4.      I am also familiar with methods employed by large narcotics trafficking organizations to thwart detection by law enforcement, including the use of vague and coded language, debit calling cards, public telephones, cellular phone technology, counter-surveillance, false or fictitious identities, and encoded communications.

5.      Because of my personal participation in this investigation, and because of information provided to me by other agents and officers, my personal observations, I am familiar with the facts and circumstances surrounding this investigation. My experience in investigating drug offenders, my education, my conversations with senior agents, and my specialized training formed a basis of the opinions and conclusions set forth below which I drew from the facts set forth herein.

6.      I have not set forth all of the facts discovered during this investigation in preparing this affidavit. This affidavit is intended to show merely that there is sufficient probable cause in support of a criminal complaint concerning violations of 21 U.S.C Section 841(a)(1) and (b)(1)(A)(ii), that is, Possession with Intent to Distribute more than 5kg of cocaine.

## FACTS ESTABLISHING PROPABLE CAUSE

7.      Based on my personal participation in this investigation, discussions with other law enforcement officers, and reviews of reports generated by local and federal law enforcement officials, I learned the following:

8.      At approximately 11:22 pm on May 17, 2025, Customs and Border Protection (CBP) agents using official equipment spotted a suspicious vessel while patrolling the waters off

the coast of Luquillo, Puerto Rico. The vessel was operating without navigation lights, during a time of day when no fishermen are working, and in a high drug trafficking area. The vessel was observed to be a home-made style boat or "yola" (typically used by criminal organizations involved in drug and human smuggling ventures), 20 to 25 feet in length, blue hull, with several gas cans visible on deck along with a blue tarp. Tarps are a common way drug smugglers attempt to conceal bales that contain packaged narcotics from law enforcement.

9.      The vessel was located 19 nautical miles north of Luquillo, Puerto Rico and tracking towards the coast with three to four persons on board (POB's). Due to the circumstances stated above, CBP launched marine interdiction agents to intercept. On May 18, at approximately 1:01 am, CBP marine agents initiated the stop of the vessel of interest and reported that the persons on board began throwing several bales of suspected cocaine into the ocean as the law enforcement vessel approached. The vessel was not flying a flag from its hailing port or hull identifications (name) as required. CBP agents were able to recover some of the jettisoned bales prior to detaining the four Dominican Nationals on board. The individuals found present inside the target vessel later self-identified as [1] Noel DE LEON-De La Rosa (the boat captain), [2] Marino Johnson, [3] Manuel Almeida, and [4] Jesus Manuel Quiroz Villorio. CBP agents recovered seven bales between the ones that they were able to recover from the ocean and that which they seized on board the vessel of interest. It was unclear how many bales were jettisoned as some of them sunk before they could be recovered.

10.     On May 18, 2025, DEA CCSF agents from San Juan, PR responded and took custody of all four arrestees and the contraband which totaled 151.7 kilograms. The packages were field tested and yielded positive for presumptive cocaine.

11.    Agents conducted a post arrest interview with all four defendants. Miranda rights were read to each defendant in Spanish. All four defendants having understood their rights declined to speak with agents and as such, all of the interviews were subsequently concluded.

12.    Based upon my training, experience, and my participation in this investigation, I respectfully believe that sufficient probable cause exists to show that [1] Noel De Leon-De La Rosa, [2] Marino Johnson, [3] Manuel Almeida, and [4] Jesus Manuel Quiroz Villorio committed violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii), that is, Possession with Intent to distribute more than 5 kilograms of cocaine.

13.    I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_Joseph Olmeda Baez_

Joseph Olmeda Baez

Special Agent

Drug Enforcement Administration

Sworn to before me pursuant to Fed. R. Cr. P. 4.1 at 11:02 a.m. by telephone, this 19th day of May, 2025.

Digitally signed by
Hon. Giselle López-
Soler

HON. GISELLE  LÓPEZ-SOLER

UNITED STATE MAGISTRATE JUDGE

DISTRICT OF PUERTO RICO